AO 241 (Rev. 09/17)

**22-cv-0459**

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

RECEIVED
FEB 11 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

| United States District Court | District: Western District of Louisiana |
|---|---|
| Name (under which you were convicted): Cedrick Dobbin | Docket or Case No.: 100384343 |
| Place of Confinement: Caddo Correctional Center | Prisoner No.: 138718 |

Petitioner (include the name under which you were convicted)

Cedrick Dobbin

v.

Respondent (authorized person having custody of petitioner)

Rick Farris

The Attorney General of the State of: Louisiana

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
First Judicial District Court 501 Texas St Shreveport LA 71101-3083

   (b) Criminal docket or case number (if you know): 100384343

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: _____

3. Length of sentence: _____

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
3 counts of simple burglary and 1 count of criminal conspiracy

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty          ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty              ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **No**

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: **First Judicial District Court**

(b) Docket or case number (if you know): **100384343**

(c) Result: **none no results/no answer No Response from Council/or now**

(d) Date of result (if you know): 

(e) Citation to the case (if you know): 

(f) Grounds raised: **In the provision of the Louisiana Legislature Law, signed by the speaker of the house of Representatives, President of the Senate, and Governor of the State of Louisiana Act 252, shortens the amount of time prosecutors can keep felonies in jail is 60 days. Louisiana has long been an outlier with its 60 days for felonies**

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: 

(2) Docket or case number (if you know): 

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: First Judicial District court

(2) Docket or case number (if you know): 1003843 43

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: Bond Reduction - Bail - Punishment

(5) Grounds raised: Excessive bail shall not be required nor cruel and unusual punishment inflicted; in a number of cases, the courts have held that this amendment does not apply to state court, however, the United States Court of Appeals for the 8th Circuit in "Pilkinton v Circuit Court of Howell County, Mo., (324 F (2d) 45)" held that the provisions of this amendment are applicable to state courts under the Fourteenth Amendment to the Constitution.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: No reply from Counsel or First Judicial

Page 4 of 16

AO 241 (Rev. 09/17)

  (8) Date of result (if you know): _____

 (b) If you filed any second petition, application, or motion, give the same information:

  (1) Name of court: First Judicial District Court
  (2) Docket or case number (if you know): 100384343
  (3) Date of filing (if you know): 1-18-22
  (4) Nature of the proceeding: motion to compel
  (5) Grounds raised: In pursuant to La. C. Cr. Pro Article 719, *upon motion of the defendant, the court shall order the district attorney to permit or authorize the defendant to inspect and copy, photograph, or copies thereof, of physical or mental examination, and of scientific test or experiments, made in connection with or material to the particular case, that are in possession, custody, control, or knowledge of the district attorney and intended for use at trial. Exculpatory evidence shall be proceded under this article even though its not inted.

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
  ☐ Yes   ☑ No
  (7) Result: ~~no results/no answer~~ No Response from Counsel or Court
  (8) Date of result (if you know): _____

 (c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: First Judicial District Court
  (2) Docket or case number (if you know): 100384343
  (3) Date of filing (if you know): 1-21-22
  (4) Nature of the proceeding: Application for writ of Habeus Corpus
  (5) Grounds raised: In the provision of the Louisiana Legislature Law under Act 252, which shortens the amount of time prosecutors can keep felonies in jail 60 days. ~~I have been~~ held over the amount of days in pursuant

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: no result / no answer

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Never receive answers from Counsel or First Judicial

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Excessive bail shall not be required

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Co defendant was granted bond reduction also was booked on a lower bond before he got the bond reduction.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: never received response from Counsel or Court

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: petition for habeas corpus

Name and location of the court where the motion or petition was filed: First Judicial 501 Texas St Shreveport LA

Docket or case number (if you know): 1003843 43

Date of the court's decision: no responce from Counsel or Court

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

no responce from Counsel or Court

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** _Provisions Concerning due process of Law_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

This is an extremely important clause to the citizen of the United States, it means that, in ordinary circumstances, there must be a judicial hearing by a court with jurisdiction over the subject and the person, at which all time points of the law are brought into question, even the law itself, and all the evidence produced on behalf of both the government and the individual before a person may be deprived of his life or his liberty (freedom), or property, which includes anything to which the person may claim ownership, including money or equity.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ☐ Yes   ☐ No
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _no responce from First Judicial_

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _First Judicial District Court 501 Texas St Shreveport LA_

Docket or case number (if you know): _100384343_

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Because of no responce no reply_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

Page 12 of 16

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. Western District Petition for a writ of habeas corpus, on Act 252 Address 300 Fannin St Shreveport LA motions not being answered

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ✗ Western District 300 Fannin St Shreveport LA 100384343 writ of habeas corpus motions not being answered

Page 13 of 16

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Carter Lawrence 400 Travis st suit 2000 shreveport LA 71101 Presence was waived

(b) At arraignment and plea: Carter Lawrence 400 Travis st suit 2000 Shreveport LA 71101

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☑ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
Bossier Max 2985 Old Plain Dealing Rd 71064

(b) Give the date the other sentence was imposed: Dec 9 2021

(c) Give the length of the other sentence: 10 days

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: I ask that charges be dissmiss an my background cleaned an paid for everyday I was in jail. pray that the court relief me of the following charges due to the violation of my consitutional rights or any other relief to which petitioner may be entitled. As well as monetary damages pursuant to L.A Code Civ. Proc. Arts. 851-893 in the exclusive venue set forth in La, R.S. 15:1184 Protection Against Fraud : La. Sec. 1(: 3015

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __2-3-22__ (month, date, year).

Executed (signed) on _____ (date).

_____
Cedrick Dol
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____